```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 07 B 15345
    DAVID D LYVERS
    DAWN M LYVERS                                CHAPTER 13

                                                 JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-7515      SSN XXX-XX-9500


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 08/23/2007 and was not confirmed.

     The case was dismissed without confirmation 10/11/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
-------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED VEHIC   19445.66           .00             .00
COOK COUNTY TREASURER     SECURED          1261.91           .00             .00
OPTION ONE MORTGAGE       CURRENT MORTG       .00            .00             .00
OPTION ONE MORTGAGE       MORTGAGE ARRE   28802.00           .00             .00
US BANK NATIONAL ASSOC    CURRENT MORTG       .00            .00             .00
US BANK NATIONAL ASSOC    NOTICE ONLY         .00            .00             .00
ROUNDUP FUNDING LLC       UNSECURED        919.80            .00             .00
ROUNDUP FUNDING LLC       UNSECURED       1839.78            .00             .00
CAPITAL ONE               UNSECURED        789.41            .00             .00
THE JUDICIAL SALES CORP   NOTICE ONLY     NOT FILED          .00             .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED          .00             .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED          .00             .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED          .00             .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED          .00             .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED          .00             .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED          .00             .00
INTERNAL REVENUE SERVICE  UNSECURED       NOT FILED          .00             .00
500 FAST CASH             UNSECURED       NOT FILED          .00             .00
NCO FINANCIAL SYSTEMS IN  UNSECURED       NOT FILED          .00             .00
APPLIED CARD              UNSECURED       NOT FILED          .00             .00
ASPIRE                    UNSECURED       NOT FILED          .00             .00
ASSOC ST JAMES RADIOLOGI  UNSECURED       NOT FILED          .00             .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED          .00             .00
BANKCARD CENTER           UNSECURED       NOT FILED          .00             .00
BMG MUSIC SERVICE         UNSECURED       NOT FILED          .00             .00
BULLSEYE TELECOM INC      UNSECURED       NOT FILED          .00             .00
CAINE & WEINER CO INC     UNSECURED       NOT FILED          .00             .00
CAPTAL ONE                NOTICE ONLY     NOT FILED          .00             .00
CAPITAL ONE BANK          UNSECURED       NOT FILED          .00             .00
CHARTER ONE               UNSECURED       NOT FILED          .00             .00
CHASE AUTO FINANCE        UNSECURED       NOT FILED          .00             .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED          .00             .00
DAILY SOUTHTOWN           UNSECURED       NOT FILED          .00             .00
DHL                       UNSECURED       NOT FILED          .00             .00
DIRECT MERCHANTS          UNSECURED       NOT FILED          .00             .00
```

```
DIRECT TV                   UNSECURED      NOT FILED              .00         .00
DISH NETWORK                UNSECURED      NOT FILED              .00         .00
DOMINICKS                   UNSECURED      NOT FILED              .00         .00
COOK COUNTY CLERK           NOTICE ONLY    NOT FILED              .00         .00
COOK COUNTY STATES ATTY     NOTICE ONLY    NOT FILED              .00         .00
FIRST MIDWEST BANK          UNSECURED      NOT FILED              .00         .00
HSBC CARD SERVICES          UNSECURED      NOT FILED              .00         .00
CENTENNIAL                  NOTICE ONLY    NOT FILED              .00         .00
HOUSEHOLD/CONSOLIDATION     UNSECURED      NOT FILED              .00         .00
HSBC                        UNSECURED      NOT FILED              .00         .00
HUMANA                      UNSECURED          48.94              .00         .00
INFORMATION NOW             UNSECURED      NOT FILED              .00         .00
LTD COMMODITIES             UNSECURED      NOT FILED              .00         .00
METRO CENTER FOR HEALTH     UNSECURED      NOT FILED              .00         .00
METRO CENTER FOR HEALTH     NOTICE ONLY    NOT FILED              .00         .00
METRO CENTER FOR HEALTH     UNSECURED      NOT FILED              .00         .00
METRO CENTER FOR HEALTH     UNSECURED      NOT FILED              .00         .00
METRO CENTER FOR HEALTH     UNSECURED      NOT FILED              .00         .00
MIDWEST ORTHOPAEDICS AT     UNSECURED        4694.28              .00         .00
NICOR GAS                   UNSECURED      NOT FILED              .00         .00
HSBC CARD SERVICES          UNSECURED      NOT FILED              .00         .00
PATIENT CARE                UNSECURED      NOT FILED              .00         .00
QUEST DIAGNOSTICS           UNSECURED      NOT FILED              .00         .00
QUILL CORP                  UNSECURED      NOT FILED              .00         .00
REBOOT INC                  UNSECURED      NOT FILED              .00         .00
RESCIGNO MAILING SOLUTIO    UNSECURED      NOT FILED              .00         .00
RUSH UNIVERSITY MEDICAL     UNSECURED      NOT FILED              .00         .00
SPRINT PCS                  UNSECURED      NOT FILED              .00         .00
ST JAMES HOSPITAL & HEAL    UNSECURED      NOT FILED              .00         .00
ST JAMES HOSPITAL & HEAL    UNSECURED      NOT FILED              .00         .00
ILLINOIS TOLLWAY            UNSECURED      NOT FILED              .00         .00
SECRETARY OF STATE          NOTICE ONLY    NOT FILED              .00         .00
XPRESS CASH                 UNSECURED      NOT FILED              .00         .00
ASSET ACCEPTANCE LLC        UNSECURED         362.84              .00         .00
RESCIGNO MAILING SOLUTIO    SECURED NOT I   4484.30               .00         .00
MELVIN J KAPLAN             DEBTOR ATTY         .00                           .00
TOM VAUGHN                  TRUSTEE                                           .00
DEBTOR REFUND               REFUND                                            .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                             .00

PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00

              PAGE  2 - CONTINUED ON NEXT PAGE
    CASE NO. 07 B 15345 DAVID D LYVERS & DAWN M LYVERS

```
TRUSTEE COMPENSATION                                                   .00
DEBTOR REFUND                                                          .00
                                      ---------------    ---------------
TOTALS                                            .00                  .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
  Dated: 01/28/08                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   3
       CASE NO. 07 B 15345 DAVID D LYVERS & DAWN M LYVERS